## HENRY HOLDEN *vs.* SAMUEL SHOVE.

*Of the attendance and fees of witnesses.*

THE plaintiff moved for a continuance on the ground of the absence of a principal witness and for a writ of attachment against the witness. The summons had been served upon the witness about a month since and fees for one day paid to him at that time. The defendant's coun-

sel inquired, whether, in case of so early a summons and no subsequent payment of fees for attendance, the witness was liable to attachment.

*Per curiam.* The witness is bound to attend at the trial, unless he has given notice that he shall refuse to appear without payment of the fees due to him. In such case the party must pay the fees due up to and upon the day when his testimony is required. As in this case the witness has absented himself not for such cause, the continuance must be granted and the writ issue.